MONTGOMERY COOPERAGE CO., Respondent, v. WASSERMAN, Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by the Montgomery Cooperage Company against Hugo E. Wasserman. S. K. Lichtenstein, of New York City, for appellant. E. J. Parsons, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted. Order filed.

MOODY, Respondent, v. MORRIS, Appellant. (Supreme Court, Appellate Division, Second Department. June 25, 1915.) Action by Harry A. Moody against Isaac Morris. No opinion. Motion denied, on condition that defendant perfect his appeal, place the case on the June calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

MORONEY v. MANUELL. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by John F. Moroney against Lawrence G. Manuell. No opinion. Motion for stay granted, on condition that appellant perfect his appeal, place the case on the calendar for Tuesday, June 1, 1915, and be ready for argument when reached, without costs.

MOSS, Appellant, v. MORROW et al., Respondents. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Edward Moss against James W. Morrow and another. M. B. Hoffman, of Brooklyn, for appellant. C. J. Nehrbas, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, on the authority of McQuade v. Morrow, 153 N. Y. Supp. 1127, decided by this court May 14, 1915. Order filed.

MULCAHY & GIBSON v. NATIONAL SURETY CO. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Mulcahy & Gibson against the National Surety Company. No opinion. Motion for stay granted, on condition that the case on appeal be served within five days after service of the order to be entered hereon, and that the printed papers be filed and the case placed on the calendar by April 20th. Settle order on notice. See, also, 153 N. Y. Supp. 37.

MULLALLY, Respondent, v. NEW YORK STATE RYS., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Thomas Mullally against the New York State Railways. No opinion. Appeal dismissed, without costs, upon stipulation filed.

MULVIHILL, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Annie Mulvihill against the Nassau Electric Railroad Company. No opinion. Judgment and order of the County Court of Kings county unanimously affirmed, with costs.

MUNCH, Respondent, v. EBLING BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 14, 1915.) Action by Charles H. Munch against the Ebling Brewing Company. No opinion. Judgment affirmed, with costs.

MURPHY, Respondent, v. LEONARD et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by James A. Murphy, as president, etc., against Edward W. Leonard and others.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order affirmed, with $10 costs and disbursements.

MURPHY, Appellant, v. SEA BEACH R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Frances Murphy, an infant, by Emma Murphy, her guardian ad litem, against the Sea Beach Railroad Company and the Brooklyn Heights Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days defendant stipulate that the judgment be modified, by striking out the costs to defendants, in which event the judgment and order are unanimously affirmed, without costs.

NELSON, Respondent, v. MORSE DRY DOCK & REPAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Torge Nelson against the Morse Dry Dock & Repair Company. No opinion. Motion denied. See, also, 152 N. Y. Supp. 1130.

NEUSTADT v. JAMAICA ESTATES et al. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Joseph Neustadt against the Jamaica Estates and others. No opinion. Judgment affirmed without costs. Order affirmed, with $10 costs and disbursements.

NEW YORK CENT. & H. R. R. CO., Appellant, v. PEOPLE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by the New York Central & Hudson River Railroad Company, against the People of the State of New York and others.

PER CURIAM. Order affirmed, with costs. Without passing upon the other questions, we think, Laws 1913, c. 66, was effectual to prevent plaintiff from taking the lands under water by condemnation, even if prior to the passage of the